UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-22888-CIV-MOORE/GARBER

NOEL ORTIZ,

Plaintiff,

v.

SUSHI SAKE NMB, INC. and
RENE DIAZ,

       Defendant (s).
_____/

**ORDER APPROVING PARTIES' SETTLEMENT
AGREEMENT AND DISMISSING THE CASE WITH PREJUDICE**

    Before the Court is a Joint Motion to Approve Settlement Agreement and to Dismiss Case With Prejudice. Having reviewed the parties' joint motion, the settlement agreement, it appears to the Court that due cause exists to grant this motion, approve the settlement agreement and dismiss the case with prejudice. Therefore, it is hereby

    **ORDERED AND ADJUDGED** that the settlement agreement is hereby **APPROVED** by the Court and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees except as otherwise agreed.

    All pending motions are denied as moot. This case is closed.

    **DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of November 2015.

                                                                                                     _____
                                                                                                   The Honorable Judge Michael Moore
                                                                                                   United States District Judge

Copies to: Counsel of Record